LATHAM & WATKINS LLP
  John T. Ryan (Bar No. 211899)
    *jake.ryan@lw.com*
12670 High Bluff Drive
San Diego, California 92130
Telephone: +1.858.523.5400

  Andrew R. Gray (Bar No. 254594)
    *andrew.gray@lw.com*
  H. Josh Ji (Bar No. 312874)
    *josh.ji@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626
Telephone: +1.714.540.1235

*Attorneys for Plaintiff/Movant
Adam Ferrari*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re SUBPOENA TO A MEDIUM CORPORATION<br><br>ADAM FERRARI,<br><br>          Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS,<br><br>          Defendant. | CASE NO. 3:24-mc-80205<br><br>(Underlying Case Pending In U.S. District Court for the Northern District of Texas. Case No. 3:23-cv-00455-S)<br><br>**DECLARATION OF ANDREW R. GRAY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL NON-PARTY A MEDIUM CORPORATION TO COMPLY WITH SUBPOENA DUCES TECUM**<br><br>Date:      TBD<br>Time:     TBD<br>Judge:    TBD<br>Courtroom: TBD |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DECL. ISO PL.'S MOTION TO COMPEL A MEDIUM
CORPORATION TO COMPLY WITH SUBPOENA
Case No. 3:24-mc-80205

I, Andrew R. Gray, declare as follows:

1. I am a partner with the law firm of Latham & Watkins LLP, counsel of record for Plaintiff/Movant Adam Ferrari ("Plaintiff/Movant") in the above-captioned matter. I am admitted to the State Bar of California, and the Northern District of California. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

2. This declaration is filed in support of Plaintiff/Movant's Motion to Compel Non-Party A Medium Corporation ("Medium") to Comply with Subpoena *Duces Tecum*.

3. It is my understanding that Medium's principal place of business is located at 548 Market St., PMB 42061, San Francisco, California 94104.

4. Attached hereto as **Exhibit 1** is a true and correct copy of Plaintiff/Movant's First Amended Complaint and Jury Demand, filed April 13, 2023 in *Ferrari v. Francis,* Northern District of Texas Case No. 3:23-cv-00455-S, at ECF No. 7 ("***Ferrari v. Francis***").

5. Attached hereto as **Exhibit 2** is a true and correct copy of a PageVault screen capture, made on April 15, 2024, of the article posted on Medium's website, located at: https://medium.com/@supercell031610/the-phoenix-capital-group-lawsuit-navigating-legalchallenges-in-business-ethics-and-legal-15994371feb3 ("**Article**").

6. Attached hereto as **Exhibit 3** is a true and correct copy of the letter sent by my colleague, Jake Ryan, to Medium, dated March 19, 2024, regarding the Article.

7. Attached hereto as **Exhibit 4** is a true and correct copy of the subpoena issued to Medium in *Ferrari v. Francis*, dated March 20, 2024 ("**Subpoena**").

8. Attached hereto as **Exhibit 5** is a true and correct copy of the proof of service, dated March 26, 2024, for the Subpoena issued in *Ferrari v. Francis* and served on Medium on March 21, 2024.

9. Attached hereto as **Exhibit 6** is a true and correct copy of email correspondence between my colleague, Josh Ji, and Medium, dated March 26, 2024 through June 13, 2024, regarding the Article and the Subpoena issued in *Ferrari v. Francis* to Medium.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DECL. ISO PL.'S MOTION TO COMPEL A MEDIUM
CORPORATION TO COMPLY WITH SUBPOENA
Case No. 3:24-mc-80205

1

1    10.   Attached hereto as **Exhibit 7** is a true and correct copy of the declaration signed by a representative of Medium, dated May 2, 2024, regarding the Subpoena issued in *Ferrari v. Francis*.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 9, 2024.

*/s/ Andrew R. Gray*
Andrew R. Gray

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2   DECL. ISO PL.'S MOTION TO COMPEL A MEDIUM
CORPORATION TO COMPLY WITH SUBPOENA
Case No. 3:24-mc-80205