# EXHIBIT 2

PageVault

| | |
|---|---|
| Document title: | The Phoenix Capital Group Lawsuit: Navigating Legal Challenges in Business Ethics and Legal Compliance \| by Supercell \| Mar, 2024 \| Medium |
| Capture URL: | https://medium.com/@supercell031610/the-phoenix-capital-group-lawsuit-navigating-legal-challenges-in-business-ethics-and-legal-15994371feb3 |
| Page loaded at (UTC): | Mon, 15 Apr 2024 18:39:44 GMT |
| Capture timestamp (UTC): | Mon, 15 Apr 2024 18:40:52 GMT |
| Capture tool: | 10.45.1 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/122.0.6261.130 Safari/537.36 |
| Operating system: | Linux (Node 20.9.0) |
| PDF length: | 6 |
| Capture ID: | 4iMuCgFXhbGF1kvktZ46kp |
| User: | lw-oquerval |

PDF REFERENCE #:        x2972ZPXZKApsZXaeGywKN



# The Phoenix Capital Group Lawsuit: Navigating Legal Challenges in Business Ethics and Legal Compliance

**Supercell** · Follow
3 min read · Mar 12, 2024



## Introduction

In the intricate world of finance and investment, legal battles often emerge as a consequence of conflicting interests, ethical dilemmas, and alleged misconduct. One such case that has recently captured attention is the Phoenix Capital Group lawsuit. In this article, we delve into the details of this legal dispute, examining its origins, implications, and the broader lessons it holds for businesses and investors.

## Background

On June 15, 2022, Phoenix Capital Group Holdings, LLC filed a civil lawsuit against William Francis and Incline Energy Partners, L.P. in the 116th District Court of Dallas County, Texas. The allegations span a range of legal claims, including defamation, business disparagement, tortious interference with contract, tortious interference with prospective contract/relations, unfair competition, and civil conspiracy.

## The Allegations

Document title: The Phoenix Capital Group Lawsuit: Navigating Legal Challenges in Business Ethics and Legal Compliance | by Supercell | Mar, 2024 | Medium
Capture URL: https://medium.com/@supercell031610/the-phoenix-capital-group-lawsuit-navigating-legal-challenges-in-business-ethics-and-legal-15994371feb3
Capture timestamp (UTC): Mon, 15 Apr 2024 18:40:52 GMT                                                                                                Page 1 of 5

with contract, tortious interference with prospective contract/relations, unfair competition, and civil conspiracy.

## The Allegations

### 1. Defamation and Business Disparagement

Phoenix Capital Group contends that William Francis and Incline Energy Partners engaged in defamatory actions that harmed the company's reputation. Whether through false statements, misleading information, or damaging narratives, these allegations strike at the heart of business integrity.

### 2. Tortious Interference with Contract

The lawsuit asserts that the defendants intentionally interfered with existing contracts, disrupting business relationships and causing financial harm. Such interference can have far-reaching consequences, affecting not only the parties involved but also the broader market dynamics.

### 3. Unfair Competition

Unfair competition allegations suggest that the defendants engaged in practices that violated ethical norms and undermined a level playing field. Whether through deceptive marketing, predatory pricing, or other tactics, these actions can erode trust and stability within an industry.

### 4. Civil Conspiracy

The concept of civil conspiracy implies collaboration among multiple parties to achieve an unlawful objective. In this case, Phoenix Capital Group alleges that the defendants conspired to harm the company's interests, potentially impacting investors, employees, and other stakeholders.

## Ethical Considerations

Beyond the legal technicalities, the Phoenix Capital Group lawsuit raises critical ethical questions:

1. **Transparency:** How transparent were the involved parties about their intentions, actions, and potential conflicts of interest?

2. **Accountability:** To what extent are businesses accountable for their conduct, especially when it affects others?

3. **Risk Management:** Did Phoenix Capital Group adequately assess and manage risks associated with its operations and relationships?

## Lessons Learned

Document title: The Phoenix Capital Group Lawsuit: Navigating Legal Challenges in Business Ethics and Legal Compliance | by Supercell | Mar, 2024 | Medium
Capture URL: https://medium.com/@supercell031610/the-phoenix-capital-group-lawsuit-navigating-legal-challenges-in-business-ethics-and-legal-15994371feb3
Capture timestamp (UTC): Mon, 15 Apr 2024 18:40:52 GMT
Page 2 of 5

3. **Risk Management:** Did Phoenix Capital Group adequately assess and manage risks associated with its operations and relationships?

## Lessons Learned

### 1. Due Diligence Matters

Investors, partners, and competitors must conduct thorough due diligence before entering into agreements. Scrutinizing backgrounds, assessing reputations, and understanding potential risks can prevent costly legal battles.

### 2. Legal Compliance Is Non-Negotiable

Businesses must adhere to legal requirements and ethical standards. Ignoring compliance can lead to severe consequences, tarnishing reputations and jeopardizing long-term success.

### 3. Reputation Is Fragile

A single lawsuit can significantly impact a company's reputation. Upholding ethical practices and maintaining trust should be paramount.

## Conclusion

The Phoenix Capital Group lawsuit serves as a stark reminder that business decisions carry weight beyond financial gains. As investors and industry participants, we must navigate the complex landscape with integrity, ensuring that legal compliance and ethical conduct remain at the forefront of our endeavors.

Whether this case concludes with a settlement or a protracted legal battle, its implications will reverberate throughout the financial world, shaping future practices and reinforcing the importance of business ethics.

For contact here is our telegram: @MediumWriter666



Written by Supercell  



Written by Supercell

0 Followers

Follow 

## Recommended from Medium



Reena S

**A Crossroads Between Passion and Profession**

When passion becomes a profession, the journey of life takes on a whole new meanin…

3 min read · Jan 7, 2024

342   5



Sophia

**Mass-produced Russian beauties are harvesting Chinese dads**

Olga Loiek is a Ukrainian Internet celebrity with blonde hair and blue eyes and a delicat…

· 12 min read · Apr 5, 2024

1.4K   23

## Lists

 Staff Picks
621 stories · 893 saves

 Self-Improvement 101
20 stories · 1607 saves

 Stories to Help You Level-Up at Work
19 stories · 561 saves

 Productivity 101
20 stories · 1490 saves



Somnath Singh in Level Up Coding

**The Era of High-Paying Tech Jobs is Over**

The Death of Tech Jobs.



Jeffrey Anthony

**I Asked Generative AI Music Platform Suno to Write a Podcast…**

AI, Music, and Coherence: What Are We Trying To Accomplish?

Lists

 Staff Picks
621 stories · 893 saves

 Stories to Help You Level-Up at Work
19 stories · 561 saves

 Self-Improvement 101
20 stories · 1607 saves

 Productivity 101
20 stories · 1490 saves

---



Somnath Singh in Level Up Coding

### The Era of High-Paying Tech Jobs is Over

The Death of Tech Jobs.

✦ · 14 min read · Apr 1, 2024

6.3K   190                                  ⌕+



Jeffrey Anthony

### I Asked Generative AI Music Platform Suno to Write a Podcast...

AI, Music, and Coherence: What Are We Trying To Accomplish?

✦ · 11 min read · Mar 27, 2024

3.2K   79                                   ⌕+



Farmaan

### Accessing FormData and Headers in NextJS Backend

Hey! This blog is a small guide on how to pass formData and headers, from your NextJS...

3 min read · 3 days ago

4   1                                      ⌕+



Hazel Paradise

### How I Create Passive Income With No Money

many ways to start a passive income today

5 min read · Mar 27, 2024

4.8K   114                                 ⌕+

---

See more recommendations

Help   Status   About   Careers   Blog   Privacy   Terms   Text to speech   Teams