UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SUBPOENA TO A MEDIUM CORPORATION | Case No. 24-mc-80205-DMR<br><br>**ORDER TO SHOW CAUSE** |

On August 9, 2024, Petitioner Adam Ferrari filed a motion to compel non-party A Medium Corporation to comply with a subpoena.[1]  Pursuant to Civil Local Rule 7-3(a), any brief in opposition to Defendant's motion was due on August 23, 2024, but no such opposition has been received.  <u>Non-party A Medium Corporation is ordered to show cause by **September 5, 2024** for its failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a).  A Medium Corporation shall also file an opposition or alternatively a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b).  This order to show cause does not constitute permission to file a late opposition.  If A Medium Corporation does not respond by September 5, 2024, the court may impose sanctions including but not limited to granting Petitioner's motion to compel.  If A Medium Corporation files a response by September 5, 2024, Plaintiff may file a reply by September 12, 2024.  The motion to compel remains scheduled for a hearing on September 26, 2024 at 1:00 p.m. by videoconference.

//
//
//

---

[1] The subpoena was issued in *Ferrari v. Francis,* 3:23-cv-00455-S (N.D. Tex.).

1    Petitioner shall immediately serve this order on A Medium Corporation and file proof of
2 service.

**IT IS SO ORDERED.**

Dated: August 29, 2024

_____
Donna M. Ryu
Chief Magistrate Judge